IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HARRIS, ANGELA FRANCINE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-71848 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES <u>STEPHEN G. BALSLEY</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on <u>06/12/08</u>. The Trustee was appointed on 06/12/08. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of November 11, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 10,001.62 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. | NET CASH available for distribution | $ | 10,001.62 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |

|   |   |   |   |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ | 1,750.16 |
| 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 611.00 |

    e.    Illinois Income Tax for Estate (See Exhibit G)    $    0.00

5. The Bar Date for filing unsecured claims expired on.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | | |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 2,361.16 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 28,484.44 |
| f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 26.82% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $611.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $611.00.

9. A fee of $2,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: November 14, 2008            /s/Stephen G. Balsley
                                   STEPHEN G. BALSLEY
                                   6833 STALTER DRIVE
                                   ROCKFORD, IL 61108
                                   (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HARRIS, ANGELA FRANCINE

CASE NO. 08-71848 MB

Judge MANUEL BARBOSA

Debtor(s)

### DISTRIBUTION REPORT

I, **STEPHEN G. BALSLEY**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

#### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,361.16 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 7,640.46 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 10,001.62 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,361.16 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,750.16 | 1,750.16 |
| | Stephen G. Balsley, Attorney for Trustee | 611.00 | 611.00 |
| | TOTAL | $ | 2,361.16 |

d. $7,640.46 for general unsecured creditors who have filed claims allowed in the total amount of $28,484.44, yielding a dividend of 26.82%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $28,484.44 | 26.82% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Chase Bank USA | 8,138.30 | 2,182.96 |
| 2 | Chase Bank USA | 7,075.20 | 1,897.80 |
| 3 | Chase Bank USA, N.A. | 771.20 | 206.86 |
| 4 | Dell Financial Services, LLC | 2,159.60 | 579.27 |
| 5 | Spirit of America National Bank/Lane Bryant | 84.33 | 22.62 |
| 6 | American Express Centurion Bank | 4,268.02 | 1,144.82 |
| 7 | American Express Centurion Bank | 1,485.19 | 398.38 |
| 8 | GE Money Bank d/b/a Care Credit/GEMB | 3,791.63 | 1,017.04 |
| 9 | FIA Card Services, N.A./Bank of America/MBNA American Bank | 710.97 | 190.71 |
| | TOTAL | $ | 7,640.46 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   November 14, 2008           /s/Stephen G. Balsley
                                      STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 1,750.16 | $ 1,750.16 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 611.00 | $ 611.00 |
| **TOTALS** | $ 0.00 | $ 2,361.16 | $ 2,361.16 |

# EXHIBIT A

# TASKS PERFORMED

# ANGELA FRANCINE HARRIS
# CHAPTER 7 BANKRUPTCY CASE NO. 08-71848

---

The only asset which the Trustee determined to have significant value to the bankruptcy estate was a whole life insurance policy owned by the Debtor having a scheduled value of $9,837.00. The Trustee obtained a copy of the policy and cash values. The Trustee communicated with the Debtor through the Debtor's attorney. The Debtor indicated that she wished to retain the policy. The Trustee agreed to release the policy to the Debtor in exchange for an amount equaling the cash value of the policy. The Trustee determined that the value was $10,000.00, and the Debtor tendered that amount to the Bankruptcy Trustee.

The Trustee has determined that there is no income tax return required for this bankruptcy estate. The Trustee has reviewed the claims and has found no basis for objection.

SGB:vcg

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

EXHIBIT B

Page: 1

| Case Number: | 08-71848 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | HARRIS, ANGELA FRANCINE | Filed (f) or Converted (c): | 06/12/08 (f) |
| | | §341(a) Meeting Date: | 08/07/08 |
| Period Ending: | 11/14/08 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2615 Williamsburge Drive, Algonquin, IL | 191,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - Chase #9337 | 195.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - Chase #1296 | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | Money market account - Chase #7995 | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account - Bank of America | 830.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account - Bank of America | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Savings account - Bank of America | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Dell computer | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Books, CD's, tapes, records, family pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term life insurance - no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Whole life insurance policy through State Farm | 9,837.00 | 10,000.00 | | 10,000.00 | FA |
| 15 | Educational IRA | 2,737.00 | 0.00 | DA | 0.00 | FA |
| 16 | Educational IRA | 984.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2006 Toyota Sienna | 19,200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Children's books | 1,000.00 | 0.00 | DA | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71848 MB
**Case Name:** HARRIS, ANGELA FRANCINE
**Period Ending:** 11/14/08

**Trustee:** (330410)   STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 06/12/08 (f)
**§341(a) Meeting Date:** 08/07/08
**Claims Bar Date:**

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 1.62 | Unknown |
| 19 | Assets    Totals  (Excluding unknown values) | $229,193.00 | $10,000.00 | | $10,001.62 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 15, 2008

**Current Projected Date Of Final Report (TFR):** November 14, 2008 (Actual)

EXHIBIT
C

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-71848 MB | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** HARRIS, ANGELA FRANCINE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****59-65 - Money Market Account |
| **Taxpayer ID #:** 38-6860817 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 11/14/08 | **Separate Bond:** N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/08 | {14} | Angela Harris | Cash value of insurance policy | 1129-000 | 10,000.00 | | 10,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.53 | | 10,000.53 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.09 | | 10,001.62 |
| | | | **ACCOUNT TOTALS** | | 10,001.62 | 0.00 | $10,001.62 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,001.62 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,001.62** | **$0.00** | |

{} Asset reference(s)                                                                                         Printed: 11/13/2008 02:56 PM    V.10.54

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 08-71848 MB | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** HARRIS, ANGELA FRANCINE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****59-66 - Checking Account |
| **Taxpayer ID #:** 38-6860817 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 11/14/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****59-65 | 10,001.62 | 0.00 | 10,001.62 |
| Checking # ***-*****59-66 | 0.00 | 0.00 | 0.00 |
| | $10,001.62 | $0.00 | $10,001.62 |

{} Asset reference(s)    Printed: 11/13/2008 02:56 PM    V.10.54