Case Name: HARRIS, ANGELA FRANCINE
Case No:   08-71848

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 20, 2008    WILLIAM T. NEARY
United States Trustee, Region 11


BY:   */s/ Carole J. Ryczek*
CAROLE J. RYCZEK
Attorney for the U.S. Trustee