IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HARRIS, ANGELA FRANCINE

CASE NO. 08-71848 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-5295

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL 61101

   on: December 22, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. BAlsley Trustee | $ 0.00 | $ 1,750.16 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 611.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts $ 10,001.62

   b. Disbursements $ 0.00

   c. Net Cash Available for Distribution $ 10,001.62

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $7,640.46, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $28,484.44, resulting in an approximate distribution of 26.82% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE:  November 14, 2008 | /s/Stephen G. Balsley |
|  | STEPHEN G. BALSLEY |
|  | 6833 STALTER DRIVE |
|  | ROCKFORD, IL 61108 |
|  | 815/962-6611 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
GOLDEN, CHARLES R

CASE NO. 08-71869 MB

GOLDEN CONSTRUCTION CO.

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-6165

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:  U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

    on:  December 22, 2008
    at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,000.12 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,000.00 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $    4,000.48

    b. Disbursements                         $        0.00

    c. Net Cash Available for Distribution   $    4,000.48

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $757.13. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,243.23, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $38,503.25, resulting in an approximate distribution of 3.23% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: November 14, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 2            Date Rcvd: Nov 21, 2008
Case: 08-71848                Form ID: pdf002            Total Served: 36

The following entities were served by first class mail on Nov 23, 2008.
db           +Angela Francine Harris,    2615 Williamsburg Dr.,    Algonquin, IL 60102-2539
aty          +Jason Kara,   Law Offices of Peter Francis Geraci,    55 E Monroe St #3400,
               Chicago, IL 60603-5920
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12322253     +Advanced Radiology,    Attn: Bankruptcy Dept.,    520 E 22nd St.,    Lombard, IL 60148-6110
12322266      Advocate Home Care,    Attn: Bankruptcy Dept.,    211 W. 22nd St.,    Ste 300,   Oak Brook, IL 60523
12322252     +Advocate Lutheran,    Attn: Bankruptcy Dept.,    PO BOX 73208,    Chicago, IL 60673-0001
12322261     +American Express,    Bankruptcy Department,    Box 0001,    Los Angeles, CA 90096-8000
12622675      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12566144     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12322246     +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
12322250     +Chase,   Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12567528     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12322244     +Chase Home Mortgage Co.,    Bankruptcy Department,    PO Box 9001871,    Louisville, KY 40290-1871
12322255     +Children’s Surgical,    Attn: Bankruptcy Dept.,    35422 Eagle Way,    Chicago, IL 60678-0001
12322254     +Childrens’s Memorial,    Attn: Bankruptcy Dept.,    75 Remittance Dr.,    Chicago, IL 60675-1001
12322248      Dell Financial Services,    Bankruptcy Department,    12334 N IH 35,    Austin, TX 78753
12576142      Dell Financial Services, LLC,    c/o Resurgent Capital Services?,    P.O. Box 10390,
               Greenville, SC 29603-0390
12322256     +ENH Faculty Practice,    Attn: Bankruptcy Dept.,    34618 Eagle Way,    Chicago, IL 60678-0001
12322270     +ENH Hospital,    Attn: Bankruptcy Dept.,    23056 Network Pl.,    Chicago, IL 60673-1230
12322257     +ENH Radiology,    Attn: Bankruptcy Dept.,    34618 Eagle Way,    Chicago, IL 60678-0001
12849908      FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
12322249     +FIA Card Services,    Bankruptcy Department,    PO Box 15720,    Wilmington, DE 19850-5720
12322264     +Kohl’s Credit/Recovery,    Bankruptcy Department,    PO Box 3004,    Milwaukee, WI 53201-3004
12322267     +Lane Bryant,    Attn: Bankruptcy Dept.,    PO Box 182127,    Columbus, OH 43218-2127
12322269     +NCH,   Attn: Bankruptcy Dept.,    PO BOX 95698,    Chicago, IL 60694-5698
12322268     +Neurology Specialist,    Attn: Bankruptcy Dept.,    PO BOX 2823,    Carol Stream, IL 60132-0001
12322265     +Patricia Wyhinny,    Attn: Bankruptcy Dept.,    1875 Dempster,    #640,    Park Ridge, IL 60068-1179
12322258     +Pediatric Care,    Attn: Bankruptcy Dept.,    2500 W Higgins Rd.,    Hoffman Estates, IL 60169-7220
12322259     +Quest Diagnostics,    Attn: Bankruptcy Dept,    PO Box 740020,    Cincinnati, OH 45274-0020
12322260     +Ridge Family Physicians,    Attn: Bankruptcy Dept.,    PO BOX 843338,    Boston, MA 02284-3338
12612129      SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,    FIRST EXPRESS,    PO BOX 856132,
               LOUISVILLE, KY  40285-6132
12322263     +Sherman Hospital,    Attn: Bankruptcy Department,    934 Center St.,    Elgin, IL 60120-2198
12322245    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,     Bankruptcy Department,    PO Box 5855,
               Carol Stream, IL 60197)
The following entities were served by electronic transmission on Nov 22, 2008.
12322247     +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2008 02:47:06     Care Credit/GEMB,
               Bankruptcy Department,    Box 981127,    El Paso, TX 79998-1127
12379602      E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2008 02:30:40     GE Money Bank,
               c/o Recovery Management Systems Corp,    25 S.E. 2nd Ave., Suite 1120,    Miami, FL. 33131-1605,
               Attn: Ramesh Singh
12809049     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:35
               Recovery Management Systems Corporation,    For GE Money Bank,    dba CARE CREDIT/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12322262*    +American Express,    Bankruptcy Department,    Box 0001,    Los Angeles, CA 90096-8000
12622676*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12322251*    +Chase,   Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12322271*    +Quest Diagnostics,    Attn: Bankruptcy Dept,    PO Box 740020,    Cincinnati, OH 45274-0020
                                                                                               TOTALS: 0, * 5

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3           User: jshores              Page 2 of 2              Date Rcvd: Nov 21, 2008
Case: 08-71848                 Form ID: pdf002            Total Served: 36
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                          **Signature:**         *Joseph Speetjens*